UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01696-CEM-DAB

HOWARD COHAN,

Plaintiff,

vs.

BJ'S RESTAURANT OPERATIONS COMPANY
a Foreign Profit Corporation
d/b/a BJ'S RESTAURANT & BREWHOUSE 575

Defendant(s).
_______________________________________/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, BJ'S RESTAURANT OPERATIONS COMPANY, a Foreign Profit Corporation, d/b/a BJ'S RESTAURANT & BREWHOUSE 575, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED November 14, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410

**By: /s/ Kimberly R. Rivera**
Jessica T. Travers, Esq.
Florida Bar No. 18129
E-mail: jtravers@littler.com
Kimberly R. Rivera, Esq.
Florida Bar No.: 124822

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

E-mail: krivera@littler.com
LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**